**LeCLAIRRYAN, P.C.**
Kenneth C. Beehler, Esq. (KB-2763)
885 Third Avenue, 16th Floor
New York, New York 10022
Tel: (212) 697-6555
Fax: (212) 986-3509
Kenneth.Beehler@leclairryan.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TERRA FINANCE, LLC and KOFI OSAE-KWAPONG, <br><br>Plaintiffs,<br><br>v.<br><br>ACROW CORPORATION OF AMERICA,<br><br>Defendant. | Civ. Action No.: 16-cv-0075 (SRC)<br><br>**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***<br><br>**(Motion Date: August 1, 2016)** |

**THIS MATTER**, having been presented to the Court by Notice of Motion dated June 27, 2016 by LeClairRyan, P.C., attorneys for Defendant Acrow Corporation of America (Acrow"), and the Court having considered the moving papers, Opposition, if any, and Reply, if any, and Oral Argument of the parties, if any, and for good cause shown:

**IT IS** on this __19__ day of __July__, 2016;

**ORDERED** that Thomas E. Butler is admitted to practice *pro hac vice*, pursuant to Local Civil Rule 101.1(c), to represent Acrow in this matter; and

**IT IS FURTHER ORDERED** that Thomas E. Butler shall make payment to the New Jersey Lawyer's Fund for Client Protection pursuant to New Jersey Court Rule 1:28-2(a) and that

18394044.1

such payment shall be made for any year in which Thomas E. Butler continues to represent Acrow before this Court; and

**IT IS FURTHER ORDERED** that Thomas E. Butler shall make payment in the amount of $150.00 to the Clerk of this Court.

*[signature]*

18394044.1