# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHY L. WALDOR**<br>**UNITED STATES MAGISTRATE JUDGE** | **MARTIN LUTHER KING COURTHOUSE**<br>**50 WALNUT ST.**<br>**ROOM 4040**<br>**NEWARK, NJ 07101**<br>**973-776-7862** |

## **LETTER ORDER**

    Re:    <u>Terra Finance, LLC v. Acrow Corporation of America</u>
                <u>Civil Action No. 2:16-cv-0075-SRC-CLW</u>

Dear Counsel:

    **THIS MATTER** came before the Court on Attorney Aderemilekun Omojola's motion to withdraw (ECF No. 24) as attorney for Plaintiffs Terra Finance, LLC and Kofi Osae-Kwapong. The Court, having considered the certification of counsel and for the reasons stated on the record on July 14, 2016, and upon good cause shown:

    **IT IS** on this 9th day of August, 2016, **ORDERED**, as follows:

1. The motion is hereby granted and Aderemilekun Omojola is relieved as counsel for Plaintiff in this matter.
2. The Clerk shall terminate ECF No. 24.

    **SO ORDERED**

| | |
|---|---|
| | *s/Cathy L. Waldor* |
| **Dated:    August 9, 2016** | **CATHY L. WALDOR**<br>**United States Magistrate Judge** |