**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**CATHY L. WALDOR**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 4040<br>NEWARK, NJ 07101<br>973-776-7862 |

**ORDER**

Re:   Terra Finance, LLC v. Acrow Corporation of America
      Civil Action No. 2:16-cv-0075 (SRC)(CLW)

As set forth on the record today, Plaintiff Terra Finance, LLC is afforded forty-five (45) days to secure new counsel. Failure to do so may result in dismissal for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Plaintiff Kofi Osae-Kwapong may retain counsel at any time, but he shall be prepared, whether *pro se* or through retained counsel, to discuss a scheduling order during the Court's next teleconference. Nothing stated on the record or in this Order affects Defendant's motion to dismiss (ECF No. 8) and the briefing thereof. Inquiries regarding the motion to dismiss may be made in writing to the District Judge.

The Court will hold a teleconference, to be initiated by Defendant, on October 3, 2016 at 12:30 PM. Defense counsel shall transmit this Order to Plaintiffs via email and certified mail, return receipt requested, as soon as practicable and provide proof of such to the Court via CM/ECF.

In addition, for information regarding registration for electronic notices, Plaintiff Kofi Osae-Kwapong is directed to the Clerk's Office, 973-645-3730, and to the Procedural Guide, page 24, available at http://www.njd.uscourts.gov/sites/njd/files/ProSeGuide.pdf.

                                                          *s/Cathy L. Waldor*
Dated:   August 15, 2016                                  **CATHY L. WALDOR**
                                                          **United States Magistrate Judge**