

August 15, 2016

<u>**VIA ECF**</u>

Honorable Cathy L. Waldor
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    Re:    Terra Finance, LLC v. Acrow Corporation of America
            Civil Action No.: 2:16-cv-0075(SRC)(CLW)

Dear Judge Waldor:

    Pursuant to the Court's Order of August 15, 2016, I attach hereto proof that same Order has been transmitted to Plaintiffs via email and certified mail, return receipt requested.

                                       Very truly yours,

                                            /s/
                                       Yelena S. Ferreira
                                       Attorney at Law

YSF/kw
Enclosures:

E-mail: Yelena.Ferreira@leclairryan.com      1037 Raymond Boulevard, Sixteenth Floor
Direct Phone: (973) 491-3306      Newark, New Jersey 07102
Direct Fax: (973) 491-3418      Phone: 973.491.3600 \ Fax: 973.491.3555

CALIFORNIA \ COLORADO \ CONNECTICUT \ DELAWARE \ GEORGIA \ MARYLAND \ MASSACHUSETTS \ MICHIGAN \ NEVADA \ NEW JERSEY
NEW YORK \ PENNSYLVANIA \ TEXAS \ VIRGINIA \ WASHINGTON, D.C.



August 15, 2016

**<u>VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED AND EMAIL</u>**

Mr. Kofi Osae-Kwapong
Terra Finance, LLC
11 Lake Street, # 6W
White Plains, New York 10603

>   Re:   **Terra Finance, LLC v. Acrow Corporation of America**
>         **Civil Action No.: 2:16-cv-0075(SRC)(CLW)**
>         **Our File No.:  34446.0020**

Dear Mr. Osae-Kwapong:

   As you know, we represent Acrow Corporation of America in the above referenced matter.

   Pursuant to the Court's instruction, please find enclosed the Court Order issued on August 15, 2016.

Very truly yours,

*Y. Ferreira*

Yelena S. Ferreira
Attorney at Law

YSF/pl
Enclosures: Court Order

E-mail: Yelena.Ferreira@leclairryan.com
Direct Phone: (973) 491-3306
Direct Fax: (973) 491-3418

1037 Raymond Boulevard, Sixteenth Floor
Newark, New Jersey 07102
Phone: 973.491.3600 \ Fax: 973.491.3555

CALIFORNIA \ COLORADO \ CONNECTICUT \ DELAWARE \ GEORGIA \ MARYLAND \ MASSACHUSETTS \ MICHIGAN \ NEVADA \ NEW JERSEY
NEW YORK \ PENNSYLVANIA \ TEXAS \ VIRGINIA \ WASHINGTON, D.C.

ATTORNEYS AT LAW \ WWW.LECLAIRRYAN.COM

**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHY L. WALDOR**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 4040<br>NEWARK, NJ 07101<br>973-776-7862 |

## ORDER

Re:   Terra Finance, LLC v. Acrow Corporation of America
      Civil Action No. 2:16-cv-0075 (SRC)(CLW)

As set forth on the record today, Plaintiff Terra Finance, LLC is afforded forty-five (45) days to secure new counsel. Failure to do so may result in dismissal for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Plaintiff Kofi Osae-Kwapong may retain counsel at any time, but he shall be prepared, whether *pro se* or through retained counsel, to discuss a scheduling order during the Court's next teleconference. Nothing stated on the record or in this Order affects Defendant's motion to dismiss (ECF No. 8) and the briefing thereof. Inquiries regarding the motion to dismiss may be made in writing to the District Judge.

The Court will hold a teleconference, to be initiated by Defendant, on October 3, 2016 at 12:30 PM. Defense counsel shall transmit this Order to Plaintiffs via email and certified mail, return receipt requested, as soon as practicable and provide proof of such to the Court via CM/ECF.

In addition, for information regarding registration for electronic notices, Plaintiff Kofi Osae-Kwapong is directed to the Clerk's Office, 973-645-3730, and to the Procedural Guide, page 24, available at http://www.njd.uscourts.gov/sites/njd/files/ProSeGuide.pdf.

Dated:   **August 15, 2016**

*s/Cathy L. Waldor*
**CATHY L. WALDOR**
**United States Magistrate Judge**

## Ferreira, Yelena S.

| | |
|---|---|
| **From:** | Ferreira, Yelena S. |
| **Sent:** | Monday, August 15, 2016 3:05 PM |
| **To:** | 'Kofi Osae-Kwapong' |
| **Cc:** | Butler, Thomas E. |
| **Subject:** | Court Order issed August 15, 2016 |
| **Attachments:** | Terra Finance, LLC v. Acrow Corporation of America - Order (doc. 33)(filed 8_15_16).PDF |

Dear Mr. Osae-Kwapong:

Pursuant to the Court's instruction, please find the attached Court Order issued today, August 15, 2016.

**Yelena S. Ferreira**
**Attorney at Law**
LeClairRyan
One Riverfront Plaza
1037 Raymond Boulevard, Sixteenth Floor
Newark, New Jersey 07102
(973) 491-3306 Direct
(973) 491-3418 Fax
(201) 925-6498 Mobile
Yelena.Ferreira@leclairryan.com
https://www.leclairryan.com
Malinda Miller, attorney in charge, Newark office
LeClairRyan is a Virginia professional corporation

Please consider the environment before printing this email.

1