AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of New Jersey  [▼]

TERRA FINANCE, LLC AND KOFI OSAE-KWAPONG )
       *Plaintiff* )
       v. )   Case No.  16-cv-0075 (SRC)
ACROW CORPORATION OF AMERICA )
       *Defendant* )

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

    TERRA FINANCE, LLC AND KOFI OSAE-KWAPONG

Date:    09/28/2016

                                    *Attorney's signature*

                  GLENN A BROWN, DMD, ESQ 0179-2003
                  *Printed name and bar number*
                  REAL WORLD LAW, PC
                  6778 MARKET STREET
                  UPPER DARBY, PA 19082

                                *Address*

           GLENN.BROWN@REALWORLDLAW.COM
                          *E-mail address*

                         (610) 734-0750
                        *Telephone number*

                             *FAX number*