

**Thomas E. Butler**

7 Times Square, Suite 2900 | New York, NY 10036-6524
Direct 212.714.3070 | Fax 212.631.4431
butlert@whiteandwilliams.com | whiteandwilliams.com

February 24, 2017

Via E-Filing

Clerk of the Court
United States District Court
District of New Jersey
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

  RE: Terra Finance, LLC v. Acrow Corporation of America,
     Index No 2:16-cv-0075

Dear Sir or Madam:

I was admitted *Pro Hac Vice* on July 19, 2016 to represent defendant Acrow Corporation of America in the above refrence action. Please take notice that my e-mail address has changed. My new address is butlert@whiteandwilliams.com. Please make the appropriate change to the Court's ECF system regarding my receipt of electronic filing notices.

Thank for your assistance in this matter.

Very truly yours,

Thomas E. Butler

TEB:kw

Delaware | Massachusetts | New Jersey | New York | Pennsylvania | Rhode Island